UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 22-7516-MWF(KSx) | **Date:** November 17, 2023 |
| **Title:** Elohim EPF USA, Inc. v. 600 N. Vermont Inc., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE; ORDER RE MAGISTRATE JUDGE VOLUNTARY CONSENT PROGRAM

The Court has reviewed the parties' Joint Status Report, filed October 27, 2023. (Docket No. 121).

The Court now **ORDERS** Defendant Hye Min Choi ("Choi") to **SHOW CAUSE** in writing by no later than **DECEMBER 22, 2023**, why her Answer to Complaint (Docket No. 14) should not be stricken and default entered against her for failure to participate in this action. Without further notice to Defendant Choi, her failure to timely respond to this Order to Show Cause will result in the striking of her Answer and entry of default.

Based on the representations in the Joint Status Report regarding use of the Court's Magistrate Judge Voluntary Consent Program, the Court **FURTHER ORDERS** Plaintiff Elohim EPF USA, Inc. and Defendants 600 N. Vermont Inc. d/b/a Garam, Jin Woo Kim, Complex Entities Inc. d/b/a Simple Karaoke, Sean Nathan Cho, and Leading Town SDUS, Inc. d/b/a Music Café Chorus (the "Consenting Defendants") to complete and file the Statement of Consent to Proceed Before a United States Magistrate Judge (Court Form CV-11D) available at http://www.cacd.uscourts.gov/forms/statement-consent-proceed-united-states-magistrate-judge-voluntary-consent-list-only.  The completed CV-11D shall be filed no later than **DECEMBER 8, 2023**.  Once the form has been filed, this case, with the exception of Defendant Hye Min Choi, will be transferred to Chief Magistrate Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 22-7516-MWF(KSx)            **Date:** November 17, 2023

**Title:** Elohim EPF USA, Inc. v. 600 N. Vermont Inc., et al.

Karen Stevenson. Once transferred, Plaintiff and the Consenting Defendants will arrange all further scheduling with Chief Magistrate Judge Stevenson.

    IT IS SO ORDERED.

cc: Chief Magistrate Judge Karen Stevenson