UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-07516-KS                                                                 Date:  March 19, 2024

Title   _Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al_

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR**

On February 7, 2024, the Court issued an order setting a Scheduling Conference for March 19, 2024 at 10:00 a.m.  (Dkt. No. 144.)  On March 19, 2024, Defendants' counsel, **Jeff Mann** and **Steven Barkin**, failed to appear for the Scheduling Conference and did not otherwise notify the Court or Plaintiff's counsel of their potential non-appearance.  Defendants' counsel failed to appear despite notice to all parties of the scheduling conference via CM-ECF on February 7, 2024.  (_See_ Dkt. No. 144.)

Accordingly, Defendants' counsel are each **ORDERED TO SHOW CAUSE** as to why they failed to appear for the March 19, 2024 Scheduling Conference.  Counsel may discharge this Order by each submitting a statement of no more than three (3) pages explaining their individual failures to appear for the Scheduling Conference within **48 hours of the date of this Order**.  Each attorney's statement must include a declaration by the attorney signed under penalty of perjury attesting to the reason for the non-appearance.  **Failure to comply with this Order may result in sanctions against the non-appearing counsel and/or their clients.**

**IT IS SO ORDERED**.

                                                                                                                          :
                                                                                    **Initials of Preparer**       gr