UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-07516-KS                                    Date: August 11, 2025

Title     _Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al._

Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On October 14, 2022, Plaintiff Elohim EPF USA, Inc. filed a Complaint alleging Leading Town SDUS, Inc. (doing business as Music Café Chorus) and its Chief Executive Officer Kyong A. Nam (collectively "Defendants") infringed Plaintiff's rights as the copyright holders of several compositions registered with the United States Copyright Office. (_See_ Dkt. No. 1.) On November 11, 2022, Plaintiff served the Complaint and Summons on Defendants. (_See_ Dkt. No. 33.) Defendants answered the Complaint on November 16, 2022. (_See_ Dkt. No. 47.)

On August 31, 2023, Attorney Jeff A Mann, counsel for Defendants, filed a request to withdraw, as Defendants wished to proceed _pro se_. (_See_ Dkt. No. 110.) On September 1, 2023, the Honorable Michael W. Fitzgerald denied counsel's request because "[c]orporations must appear in federal court through counsel." (Dkt. No. 111 at 2.) Thus, Mr. Mann remained counsel of record for Defendants. (_Id._)

On January 5, 2024, the case was reassigned to the Honorable Karen L. Stevenson. (Dkt. No. 139.) On February 7, 2024, the Court issued an order setting a Scheduling Conference for March 19, 2024 at 10:00 a.m. (Dkt. No. 144.) Mr. Mann failed to appear for the March 19 Scheduling Conference (_see_ dkt. no. 145), and the Court issued an order to show cause regarding counsel's nonappearance (_see_ dkt. no. 146). In response, Mr. Mann subsequently filed a declaration stating that Defendants instructed him "to do nothing further on this case" and that he had no contact with his previous client since his request to withdraw. (Dkt. No. 147.)

On June 6, 2024, Mr. Mann filed a declaration notifying the Court that he had filed a dissolution of Leading Town SDUS, Inc. (doing business as Music Café Chorus) on April 30, 2024 (_see_ dkt. no. 155) and stating again that he had no contact with his previous client. (Dkt. No. 166.) However, that same day, Mr. Mann and Attorney Robert Paredes, counsel for Plaintiff, filed a stipulation for an order striking Defendants' answer and for entry of default against Defendants. (_See_ Dkt. No. 167.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-07516-KS                                                             Date: August 11, 2025

Title   *Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al.*

      To date, it has been more than a year since the Court received a status update or filing from Plaintiff concerning its case against Defendants. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, on or before **August 19, 2025**, why the Court should not issue an order dismissing this matter for failure to prosecute. C.D. Cal. L.R. 41-1, 41-5. Counsel for Plaintiff may discharge this Order by filing a statement, of no more than three (3) pages and signed under penalty of perjury, establishing good cause for the failure to communicate with the Court regarding the status of this case.

      **Failure to timely comply with this Order will result in the issuance of an order of dismissal with prejudice for failure to prosecute and to comply with Court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

      **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |