UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:22-cv-07516-KS | Date: August 25, 2025 |
| Title   *Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al.* | |

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ENTIRE ACTION WITH PREJUDICE [DKT. NOS. 211, 212]**

The Court is in receipt of the Notice of Dismissal, filed by Plaintiff on August 19, 2025 ("Notice"). (Dkt. No. 212.) In the Notice, Plaintiff voluntarily dismisses Defendants Leading Town SDUS, Inc. dba Music Cafe Chorus and Kyong A. Nam from this case. (*Id.*) The Court approves the dismissal of those defendants and DISCHARGES the related Order to Show Cause re: Failure to Prosecute. (Dkt. No. 211.)

Furthermore, the above defendants having been dismissed from this action, no defendants remain. Specifically, this matter has been adjudicated or dismissed as to all 19 Defendants named in Plaintiff's Complaint as follows:

1. 600 N. Vermont Inc. dba Garam - Default Judgment entered on November 15, 2024 (Dkt. No. 191)

2. Jin Woo Kim, an Individual – Default Judgment entered on November 15, 2024 (Dkt. Nos. 191, 205)

3. Complex Entities Inc. dba Simple Karaoke – Stipulated Dismissal approved on December 12, 2023 (Dkt. Nos. 137, 138)

4. Sean Nathan Cho, an Individual – Stipulated Dismissal approved on December 13, 2023 (Dkt. No. 138)

5. Degolmok, Inc. dba Degolmok Noraebang – Default Judgment entered on August 6, 2024 (Dkt. No. 182)

6. Sang Il Mo, an Individual – Default Judgment entered on August 6, 2024 (Dkt. Nos. 182, 206)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-07516-KS                                                      Date: August    , 2025

Title   _Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al._

7. Helpstone Entertainment Corp. dba Feel Karaoke – Stipulated Dismissal approved on August 24, 2023 (Dkt. Nos. 105, 107)

8. Yeau Pyung Park, an Individual – Stipulated Dismissal approved on August 24, 2023 (Dkt. Nos. 105, 107)

9. KG World, Inc. dba Pharos Shrine – Default Judgment entered on August 6, 2024 (Dkt. No. 182)

10. Kyung Hee Choi, an Individual – Default Judgment entered on August 6, 2024 (Dkt. No. 182)

11. Grace Bae, an Individual – Default Judgment entered on August 6, 2024 (Dkt. No. 182)

12. Leading Town SDUS, Inc. dba Music Café Chorus – Voluntarily dismissed by Plaintiff on August 19, 2025 (Dkt. No. 212)

13. PM Asset Management LLC dba Soopsok Karaoke & Restaurant – Stipulated Dismissal approved on August 18, 2023 (Dkt. Nos. 102, 103)

14. Kyong A. Nam, an Individual – Voluntarily dismissed by Plaintiff on August 19, 2025 (Dkt. No. 212)

15. Hee Taek Yang, an Individual – Stipulated Dismissal approved on August 18, 2023 (Dkt. Nos. 102, 103)

16. Quegori Norebang aka Q Karaoke – Default Judgment entered on August 6, 2024 (Dkt. No. 182)

17. Hye Min Choi, an Individual – Default Judgment entered on August 6, 2024 (Dkt. Nos. 182, 207)

18. Woojs Entertainment Inc. dba Recital Karaoke – Stipulated Dismissal approved on August 24, 2023 (Dkt. Nos. 104, 106)

19. Woo Seop Jay Shim, an Individual – Stipulated Dismissal approved on August 24, 2023 (Dkt. Nos. 104, 106)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-07516-KS                                      Date: August      , 2025

Title   *Elohim EPF USA, Inc. v. 600 N. Vermont Inc. et al.*

    Additionally, the deadline to amend the Complaint having passed, and no motion to amend having been filed to identify any Doe Defendants, the Doe Defendants are hereby **DISMISSED** from this action.

    Based upon the foregoing, the Court **DISMISSES THIS ACTION WITH PREJUDICE** in its entirety.

    **IT IS SO ORDERED.**

                                                                    **Initials of Preparer**   :
                                                                                                    gr